No. 913, Misc. SPAIN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 917, Misc. DEWEY *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 847, Misc., October Term, 1967. BOGART *v.* CALIFORNIA, 390 U. S. 929. Motion for leave to file petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 353, October Term, 1968. RATCLIFF *v.* BRUCE ET AL., 393 U. S. 848, 956. Petition for rehearing from denial of motion for reinstatement of the petition for writ of certiorari [*ante,* p. 872] denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 948, Misc., October Term, 1968. MURRAY *v.* MACY, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL., 393 U. S. 1041. Motion for leave to file petition for rehearing and other relief denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 119. LARIS *v.* PENNSYLVANIA, *ante,* p. 849;
No. 229. DOBBINS ET AL. *v.* UNITED STATES, *ante,* p. 829;
No. 313. KALISH *v.* UNITED STATES, *ante,* p. 835;
No. 324. SHIKARA *v.* MARYLAND CASUALTY CO., *ante,* p. 8; and
No. 332. BERNE *v.* GOVERNMENT OF THE VIRGIN ISLANDS, *ante,* p. 837. Petitions for rehearing denied.